IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE S. WATKINS                                                            PLAINTIFF

    v.                              No. 07-6062

RICHARD GARRETT, Chief
Deputy Prosecuting Attorney
for Hot Spring County, Arkansas                                             DEFENDANT

### ORDER

Now on this 15th day of October 2007, there comes on for consideration the report and recommendation filed herein on September 18, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Plaintiff filed supplements to his complaint subsequent to the filing of the report and recommendation. (Docs. 7-8). Plaintiff also filed motions seeking service of the complaint upon Defendant and for preliminary discovery (Docs. 10-11).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that the claims seek relief against a defendant who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Further, Plaintiff's Motions (Docs. 7, 10 & 11) are DENIED AS MOOT.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge