IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE S. WATKINS                                                    PLAINTIFF

    v.                                  No. 07-6062

RICHARD GARRETT, Chief
Deputy Prosecuting Attorney
for Hot Spring County, Arkansas                                     DEFENDANT

### ORDER

Now on this 12th day of December 2007, there comes on for consideration the report and recommendation filed herein on November 20, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 17). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for leave to appeal IFP (Doc. 16) is DENIED. *See* 28 U.S.C. § 1915(a)(3). Plaintiff may renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a). Further, the U.S. District Clerk is directed to collect the $455 filing fee pursuant to the terms of the Prison Litigation Reform Act.

**AO72A**
**(Rev. 8/82)**

    IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge